| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

Cornell L. Galentine, *et al.*, §
§
   Plaintiffs, §
§
*versus* § Civil Action H-22-1781
§
U.S. Bank National Association, *et al.*, §
§
   Defendants. §

# Recusal Order

1. I stand recused in this case.
2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on June 3, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge