IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CORNELL L. GALENTINE AND SALLIE GALENTINE,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-01781 |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-RFI, WELLS FARGO BANK, N.A.,** | § § § § § § § | |
| Defendants. | § | |

**DEFENDANTS' CERTIFICATE OF WRITTEN DISCOVERY**

TO THE HONORABLE SIM LAKE:

Defendants U.S. Bank National Association, as Trustee For Secured Asset Securities Corporation Mortgage Loan Trust 2007-RFI ("Trustee") and Wells Fargo Bank, N.A. ("Wells Fargo") (Trustee and Wells Fargo, collectively, "Defendants"), via their attorneys of record, hereby certify that the following document was served on Plaintiffs Cornell L. Galentine and Sallie Galentine (collectively, "Plaintiffs"), via their attorney of record, on this 15th day of November, 2022:

- Defendants' First Set of Written Discovery Requests to Cornell L. Galentine, including:

    - Interrogatories;
    - Requests for Production; and
    - Requests for Admission.

- Defendants' First Set of Written Discovery Requests to Sallie Galentine, including:

    - Interrogatories;
    - Requests for Production; and
    - Requests for Admission.

Respectfully submitted,

/s/ *Matthew H. Davis*
**Robert T. Mowrey - Attorney-in-Charge**
Texas Bar No. 14607500
S.D. Bar No. 9529
rmowrey@lockelord.com
**Matthew H. Davis**
Texas Bar No. 24069580
S.D. Bar No. 1124612
mdavis@lockelord.com
**Camille Griffith**
Texas Bar No. 24034761
S.D. Bar No. 3196277
camille.griffith@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

**Helen O. Turner**
Texas Bar No. 24094229
S.D. Bar No. 2924121
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1280 (Telephone)
(713) 229-2501 (Telecopier)

**COUNSEL FOR DEFENDANTS
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-RFI AND WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2022, a true and correct copy of the foregoing document was delivered to the following *via ECF* consistent with the Federal Rules of Civil Procedure:

Brandy M. Alexander
Texas Bar No. 24108421
ALEXANDER LAW, PLLC
2502 La Branch Street
Houston, Texas 77004
Tel:  (832) 360-2318
Fax:  (346) 998-0886
Email:  brandyalexander@alexanderpllc.com

**Counsel for Plaintiffs**

>                      */s/ Matthew H. Davis*
>                      Counsel for Defendants