United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CORNELL L. GALENTINE and SALLIE GALENTINE, § § § §<br>§ Plaintiffs, § § §<br>v. § §<br>§<br>U.S. BANK, NATIONAL ASSOCIATION, § AS TRUSTEE FOR SECURED ASSET § SECURITIES CORPORATION MORTGAGE § LOAN TRUST 2007-RFI, and WELLS § FARGO BANK, N.A., § § §<br>Defendants. § | CIVIL ACTION NO. H-22-1781 |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Judgment on the Pleadings, this action is **DISMISSED with prejudice**.

Costs will be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 18th day of October, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE